UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Antonio D. Graham**                                    **Docket No. 5:12-CR-223-1BO**

### Petition for Action on Supervised Release

COMES NOW Thomas E. Sheppard, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Antonio D. Graham, who, upon an earlier plea of guilty to 18 U.S.C. §922(g)(1) and 18 U.S.C. §924, Felon in Possession of Firearms, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on January 16, 2014, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

On April 28, 2015, pursuant to 18 U.S.C. §3582(c)(2), the term of imprisonment was reduced to 48 months. Antonio D. Graham was released from custody on September 02, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 6, 2016, the defendant submitted a urine specimen which tested positive for marijuana. The defendant denied using marijuana but stated he attended a family reunion the weekend before the test, where he was around people using marijuana. Given the defendant's substance abuse history, including the use of marijuana from age 17 to the time of his arrest on the instant offense, and his criminal history, which includes multiple arrests for possession of controlled substances, we recommend adding a condition requiring the defendant to submit to drug testing and treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Eddie J. Smith | /s/ Thomas E. Sheppard |
| Eddie J. Smith | Thomas E. Sheppard |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-354-2541 |
| | Executed On: September 26, 2016 |

Antonio D. Graham
Docket No. 5:12-CR-223-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __27__ day of __September__, 2016, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge